IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-50138
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JUAN ANTONIO LUNA-MORALES,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-98-CR-93-ALL
--------------------

October 20, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

     Juan Antonio Luna-Morales ("Luna-Morales") appeals his
conviction after a bench trial of being a felon in possession of
a firearm, pursuant to 18 U.S.C. § 922(g)(1).  He argues that the
district court committed reversible error by admitting
inadmissible hearsay evidence that he possessed a firearm found
in a hotel room that he was sharing with another person.
Although we agree that the district court erred in admitting the
evidence at issue because it was hearsay, see United States v.

     * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Johnston, 127 F.3d 380, 394-95 (5th Cir. 1997), cert. denied, 118 S. Ct. 1173, 1174 (1998), we nevertheless AFFIRM Luna-Morales' conviction because the district court's error was harmless given that evidence sufficiently corroborated his confession that he possessed the firearm, and the corroborated confession and other evidence sufficiently supported the district court's judgment. See United States v. Ybarra, 70 F.3d 362, 365-66 (5th Cir. 1995).

AFFIRMED.